IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01647-RPM

VIRGINIA VAN DYNE,

    Plaintiff,

v.

OCEDON V, LLC, a Colorado Limited Liability Company,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Unopposed Motion to Dismiss [12] filed February 10, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated:   February 11th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge